

**Entered on Docket
April 02, 2010**



_____
**Hon. Michael S. McManus
United States Bankruptcy Judge**

_____

WILLIAM A. VAN METER
State Bar. No. 2803
P.O. Box 6630
Reno, Nevada 89513
(775) 324-2500
tobyc13@nvbell.net

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.  10-50008-GWZ |
| SHELDON BURKE SMITH<br>CARRIE PARKES SMITH, | Chapter 13 |
| Debtors. | **ORDER OF DISMISSAL** |
| / | Hearing Date:  February 26, 2010<br>Hearing Time:  2:00 pm<br>Judge - |

     The Trustee having moved to dismiss the Debtors' Chapter 13 bankruptcy case for cause and having heard arguments and comments of the Trustee and other parties in interest as the record may reflect, the Trustee's motion is dismissed, and for good cause appearing;

     IT IS ORDERED that the Debtor having failed to comply with 11 U.S.C. §521 (a)(1), the Chapter 13 case was automatically dismissed on February 26, 2010 pursuant to 11 U.S.C. §521 (i).

Approved:

_____
PRO PER

<u>ALTERNATIVE METHODS re: RULE 9021:</u>

In accordance with L.R. 9021, the undersigned certifies:

  _____ The court waived the requirements of L.R. 9021.

  ____X_____ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:
    _____ approved the form of this order as indicated  above;
    _____ waived the right to review the order; and/or
    ____X_____ failed to file and serve papers in accordance with L.R. 9021(c).

  _____ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with L.R. 9021(c) and the following have disapproved the form of the order:

    NONE

  _____ No opposition was filed to the motion and no other party or counsel appeared at the hearing.


**Dated:**  March 19, 2010

                /S/ Mary Rivinius_____
                Mary Rivinius
                Assistant to William A. Van Meter, Trustee
                P.O. Box 6630
                Reno, NV  89509
         ###

William A. Van Meter, Trustee
Nevada State Bar No. 2803
P.O. Box 6630
Reno, Nevada 89513
Telephone: (775) 324-2500

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO. 10-50008-GWZ |
| SHELDON BURKE SMITH<br>CARRIE PARKES SMITH, | CHAPTER 13 |
| | **CERTIFICATE OF SERVICE** |
| | Hearing Date: FEBRUARY 26, 2010 |
| Debtors.               / | |

The undersigned hereby swears under penalty of perjury that I am over the age of 18, not a party to the within action, and that on March 12, 2010, I served a copy of the proposed **ORDER OF DISMISSAL** along with a letter indicating my expectation that that the original order and this Certificate of Service would be lodged with the Bankruptcy Court Clerk in five (5) business days pursuant to L.R. 9021(b)(1).  The method of service was via first class mail of the proposed Order and letter to:

  Sheldon & Carrie Smith
  1386 Bobby Way
  Fallon, NV  89406

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 19, 2010

                                        /S/ Mary Rivinius
                                        Mary Rivinius
                                        Assistant to William A. Van Meter, Trustee